# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID HERNANDEZ,<br>    Plaintiff,<br><br>             v.<br><br>HO BOK LEE, et al.,<br>    Defendants. | CV 18-5041 DSF (JPRx)<br><br>JUDGMENT |

The Court having dismissed the case for lack of prosecution,

IT IS ORDERED AND ADJUDGED that Plaintiff takes nothing and that the action be dismissed without prejudice.

Date: February 6, 2019

_____
Dale S. Fischer
United States District Judge